RALPH TROUTMAN, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 28135.) — Judgment reversed on the law and facts and the claim dismissed on the ground that no actionable damage against the State has been established.

The court reverses findings of fact in the decision of the court below numbered 8 and 10 and affirms all other findings of fact. The court reverses the conclusions of law in the decision made in the court below. Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur. [See *post*, p. 865.]